IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:23-CR-0089-GHD-JMV

ARZAVIS JACKSON  DEFENDANT

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS INDICTMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendant's motion to dismiss indictment [Doc. No. 18] is DENIED; and

(2) this matter shall proceed to trial on February 20, 2024.

SO ORDERED, this, the 16th day of October, 2023.

_____
SENIOR U.S. DISTRICT JUDGE